## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 74 ANNUITY PLAN, PLUMBERS AND PIPEFITTERS LOCAL NO. 74 WELFARE PLAN, AND PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 74 PENSION PLAN (formerly the PIPEFITTERS LOCAL UNION NO. 80 AND EMPLOYERS JOINT PENSION FUND), and SCHOLARSHIP FUND OF THE PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 74 c/o Gem Group Brandywine Corporate Center 650 Naamans Road, Suite 303 Claymont, DE 19703 | : | |
| | : | CIVIL ACTION |
| | : | NO. 07-CV-135 (SLR) |
| and | : | |
| PLUMBERS AND PIPEFITTERS LOCAL NO. 74 APPRENTICESHIP FUND, PIPEFITTERS LOCAL UNION NO. 74 EDUCATIONAL/PAC FUND, AND LOCAL UNION NO. 74 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO (formerly Pipefitters Local No. 80) 3200 Old Capital Trial Wilmington, DE 19808 | : | |
| Plaintiffs, | : | |
| v. | : | |
| CARRIER CORPORATION Carrier Parkway, Thompson Road Syracuse, NY 13221 | : | |
| Defendant. | : | |

### **NOTICE OF DISMISSAL**

Plaintiffs, Plumbers and Pipefitters, et. al., hereby dismiss this action without prejudice in accordance with Rule 41 of the Federal Rules for Civil Procedure.

Date: April 30, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Timothy J. Snyder*
Timothy J. Snyder (No. 2408)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6645
Telefax: (302) 576-3336
Email: tsnyder@ycst.com

OF COUNSEL:
Sanford G. Rosenthal, Esquire
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683
(215) 351-0611/0674

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge